# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ARCENTO SHELTON and CARLOS BALLENTINE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| HYUNDAI SUBARU OF NASHVILLE, INC., MARTIN CADILLAC, INC. d/b/a Martin Automotive Group and RON REINHART, | ) ) ) ) |
| Defendants. | ) ) |

Case No. 3:14-cv-1039

Judge Campbell

## AGREED ORDER OF DISMISSAL

It appears to the Court, as evidenced by the signatures of counsel below, that all matters in dispute between the parties have been resolved and that Plaintiffs' complaint should be dismissed as to all Defendants. Accordingly, this case is dismissed with prejudice.

---

Honorable Todd J. Campbell
United States District Judge

Approved for Entry:


s/Stephen W. Grace
Stephen W. Grace (BPR No. 14867)
1019 16th Avenue, South
Nashville, Tennessee  37212
(615) 255-5225

s/Douglas B. Janney III
Douglas B. Janney III (BPR No. 19112)
2002 Richard Jones Road
Suite B-200
Nashville, Tennessee 37215
(615) 742-5900

*Attorneys for Plaintiffs Arcento Shelton and Carlos Ballentine*


s/Fred J. Bissinger
Fred J.  Bissinger (BPR No. 19671)
Anne T. McKnight (BPR No. 26476)
Wimberly Lawson Wright Daves & Jones, PLLC
214 2nd Avenue North, Suite 3
Nashville, TN 37201
(615) 727-1000

s/Howard B. Jackson
Howard B. Jackson (BPR No. 21316)
Wimberly Lawson Wright Daves & Jones, PLLC
550 Main Avenue, Suite 900
Knoxville, TN 37901-2231
(865) 546-1000

*Attorneys for Defendant Hyundai Subaru of Nashville, Inc.*


s/Jonathan O. Harris
Jonathan O. Harris (BPR No. 21508)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
SunTrust Plaza, Suite 1200
401 Commerce Street
Nashville, TN 37219
(615) 254-1900

*Attorneys for Defendant Ron Reinhart*